UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARVIND DAYA, aka ARVIND DAHYBHAI PATEL,<br><br>    Petitioner,<br><br>vs.<br><br>JOHN F. SALAZAR, WARDEN,<br><br>    Respondent. | Case Nos. CV 07-7945-AHM(RC)<br>          CV 08-6729-AHM(RC)<br><br>ORDER ADOPTING FINAL REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

    Pursuant to 28 U.S.C. Section 636, the Court has reviewed the Petitions and other papers along with the attached Final Report and Recommendation of United States Magistrate Judge Rosalyn M. Chapman, as well as petitioner's Objections, and has made a _de novo_ determination.

    IT IS ORDERED that (1) the Final Report and Recommendation is approved and adopted; (2) the Final Report and Recommendation is adopted as the findings of fact and conclusions of law herein; and (3) Judgment shall be entered denying both habeas corpus petitions and dismissing both actions.

//

IT IS FURTHER ORDERED that the Clerk shall serve copies of this Order, the Magistrate Judge's Final Report and Recommendation and Judgment by the United States mail on the parties.

DATED: 2/5/2010

_____
A. HOWARD MATZ
UNITED STATES DISTRICT JUDGE

R&Rs\07-7945.ado
11/30/09