UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARVIND DAYA, aka ARVIND DAHYBHAI PATEL,<br><br>    Petitioner,<br><br>vs.<br><br>JOHN F. SALAZAR, WARDEN,<br><br>    Respondent. | Case Nos. CV 07-7945-AHM(RC)<br>          CV 08-6729-AHM(RC)<br><br>JUDGMENT |

IT IS ADJUDGED that Judgment be entered denying both habeas corpus petitions and dismissing both actions with prejudice.

DATED: 2/5/2010

A. HOWARD MATZ
UNITED STATES DISTRICT JUDGE

R&R\07-7945.jud
11/13/09